| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Armen Jr., Robert N. | 2. Court or Organization<br><br>United States Tax Court | 3. Date of Report<br><br>04/07/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>Special Trial Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

UNITED STATES TAX COURT
400 Second St., N.W.
Washington, D.C. 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Armen Jr., Robert N. | 04/07/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Armen Jr., Robert N. | 04/07/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Armen Jr., Robert N. | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dominion Resources stock | B | Dividend | K | T | | | | | |
| 2. AT&T stock | C | Dividend | L | T | Buy (add'l) | 05/23/13 | L | | |
| 3. Marathon Oil Corp. stock | C | Dividend | M | T | Buy (add'l) | 05/23/13 | L | | |
| 4. Marathon Petroleum Corp. stock | C | Dividend | M | T | Buy (add'l) | 05/23/13 | L | | |
| 5. Glaxo-Smith-Klein stock | A | Dividend | J | T | | | | | |
| 6. Prudential Financial Inc. stock | A | Dividend | J | T | | | | | |
| 7. American Electric Power stock | B | Dividend | K | T | Buy | 05/23/13 | K | | |
| 8. H.J. Heinz Co. stock (acquire) | A | Dividend | | | Buy | 05/23/13 | K | | |
| 9. H.J.Heinz Co. stock (sell) | A | Dividend | | | Sold | 07/09/13 | K | A | |
| 10. Walt Disney Company stock | A | Dividend | K | T | Buy | 05/23/13 | K | | |
| 11. Chevron Corporation stock | C | Dividend | M | T | Buy | 05/23/13 | M | | |
| 12. NRG Energy Inc. stock | A | Dividend | J | T | Buy | 05/23/13 | J | | |
| 13. Frontier Communications Inc. stock | A | Dividend | J | T | Buy | 05/23/13 | J | | |
| 14. PPG Industries Inc. stock | B | Dividend | K | T | Buy | 05/23/13 | K | | |
| 15. PA Power & Light Company stock | D | Dividend | M | T | Buy | 05/23/13 | M | | |
| 16. Merck & Company stock | A | Dividend | K | T | Buy | 05/23/13 | K | | |
| 17. U.S. Steel Corp. stock | A | Dividend | J | T | Buy | 05/23/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Armen Jr., Robert N. | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CenterPoint Energy Inc. stock | C | Dividend | L | T | Buy | 05/23/13 | L | | |
| 19. Verizon Communications Inc. stock | C | Dividend | L | T | Buy | 05/23/13 | L | | |
| 20. Comcast Corporation stock | A | Dividend | K | T | Buy | 05/23/13 | K | | |
| 21. Teco Energy Inc. stock | A | Dividend | K | T | Buy | 05/23/13 | K | | |
| 22. Dreyfus Municipal Bond Fund | C | Dividend | L | T | | | | | |
| 23. Dreyfus Disciplined Stock Fund | C | Dividend | K | T | Buy (add'l) | 05/23/13 | K | | |
| 24. Dreyfus GNMA Fund | A | Dividend | K | T | Buy | 05/23/13 | K | | |
| 25. T.Rowe Price International Stock Fund | B | Dividend | K | T | | | | | |
| 26. T.Rowe Price Capital Appreciation Fund | B | Dividend | K | T | Buy | 05/23/13 | K | | |
| 27. T.Rowe Price Tax-Free Income Fund (acquire) | A | Dividend | | | Buy | 05/23/13 | K | | |
| 28. T.Rowe Price Tax-Free Income Fund (exchange) | A | Dividend | | | Sold | 10/07/13 | K | A | |
| 29. T.Rowe Price VA Tax-Free Fund | B | Dividend | K | T | Buy (add'l) | 10/07/13 | J | | |
| 30. Vanguard Prime Money Market Fund | A | Interest | J | T | | | | | |
| 31. Vanguard PA Long-Term Bond Fund (acquire) | A | Dividend | | | Buy | 05/23/13 | L | | |
| 32. Vanguard PA Long-Term Bond Fund (exchange) | A | Dividend | | | Sold | 09/10/13 | L | A | |
| 33. Vanguard Long-Term Bond Fund | D | Dividend | M | T | Buy (add'l) | 09/10/13 | L | | |
| 34. Vanguard Internationa'l Growth Fund | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting<br><br>Armen Jr., Robert N. | Date of Report<br><br>04/07/2014 |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Vanguard Index Trust-Small Cap Portfolio Fund | C | Dividend | L | T | Buy (add'l) | 11/11/13 | J | | |
| 36. Third Avenue Value Fund | A | Dividend | J | T | | | | | |
| 37. Mairs & Power Growth Fund | A | Dividend | J | T | | | | | |
| 38. Columbia Value & Restructuring Fund | B | Dividend | K | T | | | | | |
| 39. Columbia Tax-Exempt Fund | B | Dividend | K | T | Buy | 05/23/13 | K | | |
| 40. DWS Municipal Bond Fund | A | Dividend | K | T | Buy | 05/23/13 | K | | |
| 41. Delaware Tax-Free PA Bond Fund (acquire) | A | Dividend | | | Buy | 05/23/13 | L | | |
| 42. Delaware Tax-Free PA Bond Fund (exchange) | A | Dividend | | | Sold | 10/04/13 | L | A | |
| 43. Delaware Health Care Fund | B | Dividend | L | T | Buy | 10/04/13 | L | | |
| 44. Fidelity Telecommunications & Utilities Fund (acquire) | A | Dividend | | | Buy | 05/23/13 | J | | |
| 45. Fideltiy Telecommunications & Utilities Fund (exchange) | A | Dividend | | | Sold | 10/07/13 | J | A | |
| 46. Fidelity PA Municipal Bond Fund (acquire) | A | Dividend | | | Buy | 05/23/13 | J | | |
| 47. Fidelity PA Municipal Bond Fund (exchange) | A | Dividend | | | Sold | 10/07/13 | J | A | |
| 48. Fidelity Over-the-Counter Fund | A | Dividend | K | T | Buy | 10/07/13 | K | | |
| 49. Invesco Corporate Bond Fund | A | Dividend | J | T | Buy | 05/23/13 | J | | |
| 50. Capital One Bank | A | Interest | K | T | | | | | |
| 51. Senate Federal Credit Union | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Armen Jr., Robert N. | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bank of Scotland/ Halifax PLC (U.K.) | A | Interest | J | T | | | | | |
| 53. U.S. Government obligations | B | Interest | K | T | | | | | |
| 54. Bank of Lancaster | B | Interest | L | T | | | | | |
| 55. Raymond James Bank | B | Interest | L | T | | | | | |
| 56. PNC Bank | B | Interest | K | T | | | | | |
| 57. Aberdeen Emerging Mkts Fund (ETF) | A | Dividend | J | T | | | | | |
| 58. Morgan-Stanley Emerging Markets Fund (MSF) | A | Dividend | J | T | | | | | |
| 59. Vanguard REIT Index Portfolio Fund | C | Dividend | L | T | | | | | |
| 60. Vanguard Dividend Growth Fund | B | Dividend | K | T | | | | | |
| 61. Vanguard Equity Income Fund | A | Dividend | K | T | | | | | |
| 62. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 63. Vanguard Index Trust - European Stock Portfolio Fund | A | Dividend | K | T | | | | | |
| 64. Vanguard Growth & Income Fund | A | Dividend | J | T | | | | | |
| 65. Vanguard Balanced Index Fund | A | Dividend | J | T | | | | | |
| 66. Vanguard GNMA Fund | A | Dividend | K | T | | | | | |
| 67. Vanguard Long-Term Corporate Bond Fund | B | Dividend | K | T | | | | | |
| 68. Vanguard Health Care Fund | A | Dividend | J | T | Buy | 01/03/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Armen Jr., Robert N. | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Energy Fund | A | Dividend | J | T | Buy | 01/03/13 | J | | |
| 70. Hartford Checks & Balances Fund | B | Dividend | L | T | Buy | 05/23/13 | L | | |
| 71. Invesco Developing Markets Fund (GTDDX) | A | Dividend | J | T | | | | | |
| 72. Stone Energy Corp. notes (buy more) | A | Interest | | | Buy (add'l) | 10/08/13 | J | | |
| 73. Stone Energy Corp. notes (sell all) | A | Interest | | | Sold | 11/27/13 | K | B | |
| 74. American Select Portfolio Inc. stock | A | Dividend | J | T | Buy | 10/08/13 | J | | |
| 75. Comstock Resources Inc. notes | A | Interest | | | Sold | 04/03/13 | K | A | |
| 76. Compuware Corp. stock | A | Dividend | | | Sold (part) | 01/29/13 | J | A | |
| 77. Compuware Corp. stock | A | Dividend | | | Sold | 05/07/13 | J | A | |
| 78. QAD Inc. stock (Class A) (sale 1 of 2) | A | Dividend | | | Sold (part) | 01/22/13 | J | A | |
| 79. QAD Inc. stock (ClassA) (sale 2 of 2) | A | Dividend | | | Sold | 10/28/13 | J | A | |
| 80. QAD Inc. stock (Class B) | A | Dividend | | | Sold | 11/27/13 | J | A | |
| 81. Tecumseh Products Company (Class A) stock | A | Dividend | | | Sold (part) | 08/08/13 | K | A | |
| 82. Tecumseh Products Company (Class A) stock | A | Dividend | | | Sold | 09/06/13 | J | A | |
| 83. Tecumseh Products Company (Class B) stock | A | Dividend | J | T | Sold (part) | 12/30/13 | J | A | |
| 84. Gaylord Entertainment Company notes | A | Interest | | | Redeemed | 01/17/13 | K | A | |
| 85. Transact Technologies Inc. stock | A | Dividend | | | Sold | 08/23/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Armen Jr., Robert N. | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Sierra Wireless Inc. (Canada) stock | A | Dividend | | | Sold (part) | 02/06/13 | J | A | |
| 87. Sierra Wireless Inc. (Canada) stock | A | Dividend | | | Sold | 07/19/13 | J | A | |
| 88. DSP Group Inc. stock | A | Dividend | J | T | | | | | |
| 89. Goodrich Petroleum Corp. notes | A | Interest | J | T | | | | | |
| 90. Seachange International Inc. stock | A | Dividend | | | Sold (part) | 01/17/13 | J | A | |
| 91. Seachange International Inc. stock | A | Dividend | | | Sold | 10/11/13 | J | A | |
| 92. American Safety Ins Hldgs Ltd (UK) stock | A | Dividend | | | Sold | 06/03/13 | K | B | |
| 93. GMX Resources Inc. notes | A | Interest | | | Sold | 10/28/13 | J | A | |
| 94. Checkpoint Systems Inc. stock | A | Dividend | | | Sold (part) | 03/06/13 | J | A | |
| 95. Checkpoint Systems Inc. stock | A | Dividend | | | Sold | 06/20/13 | J | B | |
| 96. Digital Generation Inc. stock | A | Dividend | J | T | Buy (add'l) | 06/17/13 | J | | |
| 97. Digital Generation Inc. stock | A | Dividend | J | T | Sold (part) | 08/12/13 | J | A | |
| 98. Digital Generation Inc. stock | A | Dividend | J | T | Buy (add'l) | 11/15/13 | J | | |
| 99. Dover Motorsports Inc. stock | A | Dividend | | | Sold | 10/23/13 | J | A | |
| 100. Tetra Technologies Inc. stock | A | Dividend | J | T | Sold (part) | 10/03/13 | J | A | |
| 101. Mercer International Inc. notes | A | Interest | J | T | | | | | |
| 102. Antero Resources Finance Corp. notes | A | Interest | | | Redeemed | 12/02/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Armen Jr., Robert N. | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Clayton Williams Energy Inc. notes | A | Interest | J | T | | | | | |
| 104. Chesapeake Energy Corp. notes | A | Interest | | | Sold | 05/13/13 | K | A | |
| 105. J.C. Penney Co. Inc. notes (buy more) | A | Interest | | | Buy (add'l) | 02/26/13 | J | | |
| 106. J.C. Penney Co. Inc. notes (sell all) | A | Interest | | | Sold | 05/13/13 | K | A | |
| 107. MVC Capital Inc. notes | A | Interest | J | T | Buy | 06/20/13 | J | | |
| 108. Resolute Energy Corp. notes | A | Interest | J | T | Buy | 06/26/13 | J | | |
| 109. Cenveo Corporation bonds | A | Interest | J | T | Buy | 08/27/13 | J | | |
| 110. Tower Group Inc. notes | A | Interest | J | T | Buy | 09/20/13 | J | | |
| 111. Oxford Lane Capital Corp. stock | A | Dividend | J | T | Buy | 12/16/13 | J | | |
| 112. Ultra Petroleum Corp. (Canada) stock | A | Dividend | J | T | Buy (add'l) | 01/02/13 | J | | |
| 113. Ultra Petroleum Corp. (Canada) stock | A | Dividend | J | T | Buy (add'l) | 03/04/13 | J | | |
| 114. Market Vectors Gold Miner ETF TR (GDX) | A | Dividend | J | T | | | | | |
| 115. Dell Inc. stock | A | Dividend | | | Sold | 01/18/13 | J | A | |
| 116. Abercrombie & Fitch Co. (Class A) stock | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 117. Sandstorm Metals & Energy Ltd (Canada) stock | A | Dividend | J | T | Buy (add'l) | 02/27/13 | J | | |
| 118. Sandstorm Metals & Energy Ltd (Canada) stock | A | Dividend | J | T | Buy (add'l) | 06/20/13 | J | | |
| 119. Sandstorm Metals & Energy Ltd (Canada) stock | A | Dividend | J | T | Buy (add'l) | 07/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Armen Jr., Robert N. | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Apple Inc. stock | A | Dividend | J | T | Buy (add'l) | 01/24/13 | J | | |
| 121. Apple Inc. stock | A | Dividend | J | T | Buy (add'l) | 04/18/13 | J | | |
| 122. Apple Inc. stock | A | Dividend | J | T | Buy (add'l) | 06/04/13 | J | | |
| 123. Tesco PLC Ord stock | A | Dividend | J | T | | | | | |
| 124. Transcept Pharmaceuticals Inc. stock | A | Dividend | J | T | Buy (add'l) | 02/28/13 | J | | |
| 125. Transcept Phamaceuticals Inc. stock | A | Dividend | J | T | Buy (add'l) | 06/17/13 | J | | |
| 126. Aeropostale stock | A | Dividend | J | T | Buy | 01/27/13 | J | | |
| 127. Aeropostale stock | A | Dividend | J | T | Buy (add'l) | 09/10/13 | J | | |
| 128. Lai Sun Development Company Ltd stock | A | Dividend | J | T | Buy | 08/28/13 | J | | |
| 129. Apollo Group Inc. stock (acquire) | A | Dividend | | | Buy | 09/09/13 | J | | |
| 130. Apollo Group Inc. stock (sell) | A | Dividend | | | Sold | 10/30/13 | J | A | |
| 131. Strayer Ed Inc. stock (acquire) | A | Dividend | | | Buy | 09/13/13 | J | | |
| 132. Strayer Ed Inc. stock (sell) | A | Dividend | | | Sold | 11/14/13 | J | B | |
| 133. Tower Group International Ltd stock | A | Dividend | J | T | Buy | 09/18/13 | J | | |
| 134. Tower Group International Ltd stock | A | Dividend | J | T | Buy (add'l) | 09/23/13 | J | | |
| 135. Tower Group International Ltd stock | A | Dividend | J | T | Buy (add'l) | 09/27/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Armen Jr., Robert N. | 04/07/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Savings accounts and some investments automatically reinvest earnings, adding same to principal.  Brokerage-relataed income is retained and reinvested.

Line 57:  Aberdeen Emerging Markets Fund was formerly known as Aberdeen Emerging Markets Telecommunications And Infra(structure) Fund

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert N. Armen Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544